**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION AND TRIZETTO PROVIDER SOLUTIONS, LLC, DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) ) | MDL No. 3185 Case No. 4:26-md-3185-JAR ALL CASES |

## ORDER SETTING INITIAL CONFERENCE

**IT IS HEREBY ORDERED** that an initial status conference in this matter is scheduled for **June 26, 2026, at 10:30 a.m.** in **Courtroom 12N, United States District Court, 111 S. 10th Street, St. Louis, Missouri.** Counsel applying for leadership shall appear in person. Other counsel may participate remotely by videoconference. Chambers staff will circulate Zoom credentials via email.

The initial conference is intended to identify preliminary issues and facilitate the development of a Case Management Order for the efficient advancement and resolution of this litigation. The parties shall file preliminary status reports with suggestions for items to be included on the agenda for this conference no later than **June 23, 2026**. Plaintiffs are encouraged to collaborate on a joint submission. Suggested topics include:

1. Plaintiffs' counsel's proposed leadership structure and related applications;

2. Notable orders entered by any transferor court prior to consolidation;

3. The nature and status of any pending motions filed prior to consolidation;

4. Any threshold issues that, if resolved early, will significantly advance the litigation, including any pending or anticipated motions to remand or dismiss, with proposed briefing schedules,

5. A proposed schedule for the filing of a consolidated complaint and subsequent case management deadlines, including whether and when mediation should occur;

6. The scheduling of a Rule 16 conference, if necessary, and subsequent regular status conferences; and

7. Any other issues warranting the Court's awareness or attention.

**IT IS FURTHER ORDERED** that, to the extent the parties do not reach consensus on the appointment of the plaintiffs' lead counsel, steering committee, or liaison counsel, applications for such appointments shall be filed by **June 23, 2026**.  Applications should be filed using the ECF event "Request (Not to be Used as a Motion)" found under Civil Events, Other Filings, Other Documents.

**IT IS FINALLY ORDERED** that Defendants' consent motion to stay all existing deadlines is **GRANTED**. (Doc. 4). All deadlines in all consolidated cases, including deadlines imposed by order of a transferor court, are **STAYED** pending further order of this Court.

Dated this 11th day of June 2026.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE