**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION AND TRIZETTO PROVIDER SOLUTIONS, LLC, DATA SECURITY BREACH LITIGATION | ) ) ) ) ) ) |

MDL No. 3185
Case No. 4:26-md-3185-JAR
ALL CASES

**ORDER**

**IT IS HEREBY ORDERED** that the initial status conference set for June 26, 2026, at 10:30 a.m. is **moved to <u>Courtroom 3 North</u>. This is a location change only.**

Dated this 23rd day of June 2026.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE