**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| IN RE: COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION AND TRIZETTO PROVIDER SOLUTIONS, LLC, DATA SECURITY BREACH LITIGATION | MDL No. 3185 <br><br> Case No. 4:26-md-3185-JAR <br><br> ALL CASES |

**NOTICE IN SUPPORT OF PLAINTIFFS NESSING, JAFFA, P.B., WHEELER, DEJESUS, CORBRAY, JONES, CLEVELAND, AYANDIBU, THOMAS, SCORPIO, NOBLE, AND ROSADO'S**
**MOTION TO APPOINT INTERIM CLASS COUNSEL**

1. I, James Treglio, am an attorney licensed to practice law in California. I am counsel for Plaintiff in *Hahn v. Open Door Community Health Centers, et al.*, No. 4:26-cv-00800 (E.D. Mo.). I submit this declaration in support of Plaintiffs Niessing, Jaffa, P.B. Wheeler, Dejesus, Corbray, Jones, Vadla, Cleveland, Ayandibu, Thomas, Scorpio, Noble, and Rosado's Motion to Appoint Interim Class Counsel (Doc. 15). I am competent to testify to the matters addressed herein and the statements below are based on my personal knowledge.

2. William B. Federman, Federman & Sherwood, proposed co-lead class action counsel, reached out to me shortly after *Hahn* case was filed to discuss the MDL proceedings and the relationship of *Hahn* to these coordinated matters I appreciated his outreach and communications on behalf of my client.

3. Following the initial outreach, Mr. Federman followed up and maintained communications with me by telephone and email regarding developments in the MDL and case-administration issues pertinent to the MDL and the *Hahn* case.

4. Mr. Federman provided me with periodic updates concerning the status of the MDL, including the anticipated leadership process and how any rulings may affect *Hahn*.

5. In my dealings with Mr. Federman and Federman & Sherwood attorneys associated with the MDL, they were responsive and professional, and they invited collaboration and information-sharing with me and other plaintiffs' counsel.

6. I declare under penalty of perjury that the foregoing is true and correct.

1

Executed on June 24, 2026

                                            */s/ James Michael Treglio*
                                            James Michael Treglio
                                            **Potter Handy, LLP**
                                            100 Pine St., Ste 1250,
                                            San Francisco, CA 94111
                                            619-933-3598
                                            Email: jtreglio@tregliolaw.com
                                            *Counsel for Plaintiff Charles Hahn*

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's CM/ECF system, which will automatically notify all counsel of record.

                                            */s/ James Michael Treglio*
                                            James Michael Treglio