**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION AND TRIZETTO PROVIDER SOLUTIONS, LLC, DATA SECURITY BREACH LITIGATION | MDL No. 3185 <br><br> Case No. 4:26-md-3185-JAR <br><br> ALL CASES |

## NOTICE OF DESIGNATION OF INTERIM LIAISON COUNSEL

Pursuant to the Court's June 26, 2029 Order (ECF No. 22), Defendants Open Door Community Health Centers ("Open Door"), St. Anthony's Physician Organization Hospitalist Services L.C. ("St. Anthony's"), and One Community Health ("OCH") (together, "Healthcare Provider Defendants") respectfully submit this Notice designating Jill H. Fertel of Cipriani & Werner P.C. as Interim Liaison Counsel for the Healthcare Provider Defendants. On June 29, 2026, the undersigned counsel met and conferred via videoconference, with all counsel consenting to Ms. Fertel's appointment.

The Healthcare Provider Defendants make this designation on an interim-basis only and reserve all rights to re-designate Liaison Counsel at a later stage of the proceedings before this Court, including but not limited to following Plaintiffs' filing of a consolidated class action complaint. As indicated in the Joint Preliminary Status Report, Plaintiffs may seek to add "dozens of healthcare providers" as defendants in a consolidated complaint, ECF No. 14 at 8, and the Healthcare Provider Defendants will likely need to re-assess the Liaison Counsel appointment accordingly.

1

Respectfully,

/s/ Brendan M. Tyler
Mindy Beth Pava
Brendan Michael Tyler
**FELDESMAN LLP**
1129 20th Street, NW
Suite 400
Washington, DC 20036
T: (202) 466-8960
E: mpava@feldesman.com
*Attorneys for Defendant One Community Health*


/s/ Jill H. Fertel
Jill H. Fertel
**CIPRIANI & WERNER**
Three Valley Square, Suite 305
512 E. Township Line Road
Blue Bell, PA 19422
T: (317) 636 481
E: jfertel@c-wlaw.com

*Attorney for Open Door Community Health Centers*

/s/ Shane Chapman
Shane Chapman
**LASHLY & BAER, P.C.**
714 Locust Street
St. Louis, MO 63101
T: (720) 687-9966
E: schapman@lashlybaer.com

Haley Kathleen Dierks
**LASHLY & BAER, P.C.**
714 Locust Street
St. Louis, MO 63101
T: (916) 425-3477
E: hdierks@lashlybaer.com

*Attorneys for Defendant St Anthony's Physician Organization Hospitalist Services L.C.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's CM/ECF system, which will automatically notify all counsel of record.

/s/ Brendan M. Tyler
Brendan M. Tyler