**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re: Cognizant Technology Solutions Corporation And TriZetto Provider Solutions, LLC, Data Security Breach Litigation | ) )  MDL No. 3185 ) )  Case No. 4:26-md-3185-JAR ) ) ) ) ) ) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

**PLEASE TAKE NOTICE** that Kathryn E. Doi of Feldesman LLP, hereby withdraws as attorney for Defendant Cares Community Health d/b/a One Community Health ("OCH") in the above-captioned matter.   OCH will continue to be represented by Mindy B. Pava and Brendan M. Tyler of Feldesman LLP.

Dated: July 21, 2026                Respectfully submitted,

                                                        */s/ Kathryn E. Doi*

                                                        **FELDESMAN LLP**
                                                        Kathryn E. Doi, # 121979 (CA)
                                                        400 Capitol Mall, Suite 2500
                                                        Sacramento, CA 95814
                                                        Tel: 916.500.0755
                                                        Email:  kdoi@feldesman.com

                                                        *Counsel for Defendant Cares Community Health*
                                                        *d/b/a One Community Health*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2026, the foregoing was served, via the electronic filing system the of the U.S. District Court for the Eastern District of Missouri upon all parties of record.


*/s/ Kathryn E. Doi*
Kathryn E. Doi