**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION AND TRIZETTO PROVIDER SOLUTIONS, LLC, DATA SECURITY BREACH LITIGATION** | MDL No. 3185<br>Case No. 4:26-md-03185<br>ALL CASES |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Jeff Ostrow of Kopelowitz Ostrow P.A. hereby withdraws as counsel for Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by Court-appointed Co-Lead Counsel, Maureen Brady of McShane & Brady LLC and William Federman of Federman & Sherwood, as well as the Court-appointed Executive Committee members. *See* ECF No. 31.

Dated: August 11, 2026

Respectfully submitted,

*/s/ Jeff Ostrow*

Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One W Las Olas Blvd, Suite 500
Ft. Lauderdale, FL 33301
Tel: (954) 525-4100
ostrow@kolawyers.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 11, 2026, the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice to all counsel of record.

*/s/ Jeff Ostrow*
Jeff Ostrow