**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION AND TRIZETTO PROVIDER SOLUTIONS, LLC, DATA SECURITY BREACH LITIGATION** | MDL No. 3185 <br><br> Case No. 4:26-md-03185-JAR <br><br> This filing only relates to Individual Case No. 2:26-cv-03156 / District of New Jersey |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, Paul Buser, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby notifies the Court of the voluntary dismissal of his claims against Defendants, Trizetto Provider Solutions, LLC and Cognizant Technology Solutions Corporation, without prejudice, with each party to bear their own fees and costs. Defendants have not served an answer or a motion for summary judgment.

Dated: August 14, 2026                    Respectfully Submitted,

 */s/ Barrett J. Vahle*
Norman E. Siegel, MO #44378
Barrett J. Vahle, MO #56674
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
T: (816) 714-7100
E: vahle@stuevesiegel.com

James E. Cecchi
Jason H. Alperstein
**CARELLA BYRNE CECCHI**
**BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700

1

Fax: (973) 994-1744
jcecchi@carellabyrne.com
jalperstein@carellabyrne.com

*Attorneys for Plaintiff Paul Buser*