**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION AND TRIZETTO PROVIDER SOLUTIONS, LLC, DATA SECURITY BREACH LITIGATION** | MDL No. 3185<br><br>Case No. 4:26-md-03185-JAR<br><br>ALL CASES |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Norman E. Siegel and Barrett J. Vahle of Stueve Siegel Hanson LLP hereby withdraw as counsel for Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by Court-appointed Co-Lead Counsel, Maureen Brady of McShane & Brady LLC and William Federman of Federman & Sherwood, as well as the Court-appointed Executive Committee members. See ECF No. 31.

Dated: September 16, 2026

Respectfully Submitted,

*/s/ Barrett J. Vahle*

Norman E. Siegel, MO #44378
Barrett J. Vahle, MO #56674
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
T: (816) 714-7100
vahle@stuevesiegel.com

***Attorneys for Plaintiffs***